UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
TRUSTEES OF THE NEW YORK CITY :
CARPENTERS RELIEF AND CHARITY FUND, et al., :
 : 23-CV-8045 (AS)
                      Petitioners, :
 : ORDER
     -v- :
 :
 :
SOUTH ISLAND INSTALLERS INC., :
 :
                    Respondent. X
-------------------------------------------------------------------
ARUN SUBRAMANIAN, United States District Judge:

      On September 11, 2023, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **October 6, 2023**. Respondent's opposition, if any, is due on **October 27, 2023**. Petitioners' reply, if any, is due **November 3, 2023**.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **October 6, 2023**, and shall file an affidavit of such service with the court no later than **October 7, 2023**.

      SO ORDERED.

Dated: September 15, 2023
       New York, New York
                                                                  ARUN SUBRAMANIAN
                                                                United States District Judge