UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                           Petitioners,                          23 **CIVIL** 8045 (AS)

        -against-                                     **JUDGMENT**

SOUTH ISLAND INSTALLERS INC.,

                           Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 23, 2024, the petition and motion to confirm arbitration are granted and judgment is entered in favor of Petitioners and against Respondent as follows: 1. Confirming the Award in all respects; 2. Ordering Respondent to make available its books and records for an audit covering April 1, 2021 through the present, in accordance with the Award; 3. Awarding Petitioners $877,749.60 pursuant to the Award; 4. Awarding Petitioners $6,711.50 in attorneys' fees and $155.76 in costs arising out of this proceeding; and 5. Awarding Petitioners post-judgment interest at the statutory rate.

**Dated**: New York, New York
           February 26, 2024

                                                                      **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                  **BY:**
                                                                      **Deputy Clerk**